FILED
2011 SE. 29 P 4 56
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CA

**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

Name HENRIQUEZ CHRISTOPHER
    (Last)       (First)       (Initial)

Prisoner Number CDC # P-81961

Institutional Address San Quentin State Prison
100 Main Street, San Quentin CA 94964

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Christopher Henriquez
(Enter the full name of plaintiff in this action.)

vs.

Law Enforcement Arresting officers In N.Y.C. Detective Sgt. Rodriguez, Detective Trotter, Detective Loretch /C.A. Detective Orman, Detective Davis /C.A. Detective Welsh
(Enter the full name of the defendant(s) in this action)

Case No. CV 11 4882 (CRB) (PR)
(To be provided by the Clerk of Court)

**COMPLAINT UNDER THE CIVIL RIGHTS ACT,**
Title 42 U.S.C § 1983

E-filing

*[All questions on this complaint form must be answered in order for your action to proceed..]*

I.   Exhaustion of Administrative Remedies.

[**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

A.   Place of present confinement **San Quentin Death Row**

B.   Is there a grievance procedure in this institution?

      YES (✓)   NO ( )

C.   Did you present the facts in your complaint for review through the grievance procedure?

      YES ( )   NO (✓)

D.   If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue a certain level of appeal, explain why.

**COMPLAINT**        - 1 -

1. Informal appeal **My complaint does not apply to the prison.**

2. First formal level **N/A**

3. Second formal level **N/A**

4. Third formal level **N/A**

E. Is the last level to which you appealed the highest level of appeal available to you?

　　YES ( )　　NO (✓)

F. If you did not present your claim for review through the grievance procedure, explain why. **N/A**

II. Parties.

　A. Write your name and your present address. Do the same for additional plaintiffs, if any.

**N/A**

　B. Write the full name of each defendant, his or her official position, and his or her place of employment.

**N/A**

COMPLAINT

-2-

III.  Statement of Claim.

State here as briefly as possible the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

I am seeking the return of personal effects that were seized from my person at my arrest by law enforcement on 8-13-96 inside the Central Terminal United A/L Gate # C-11 J.F.K. Airport in N.Y.C. (The personal effects include - 49,000$, Rolex watch, Diamond Ring, Several Gold chains) Enclosed is a form that can be used to track down and verify my property. (Request for release of property seized upon my arrest)

IV.  Relief.

Your complaint cannot go forward unless you request specific relief. State briefly exactly what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

The specific relief I'm requesting the court to exactly do for me is investigate the matter of my complaint against law enforcement

COMPLAINT                     - 3 -

Responsible for stealing/taking my personal property and Return it to me As soon As possible. (Whoever is Responsible)

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 29 day of August, 20 11

_____
(Plaintiff's signature)

COMPLAINT — 4 —



Christopher Henriquez
CDC # P-81961
San Quentin State Prison
San Quentin CA 94974

Clerk of the United States
District Court for the
Northern District of California
450 Golden Gate Avenue
Box 36060
San Francisco, CA 94102

LEGAL
MAIL

pro se

RECEIVED
2011 SEP 28 P 2:5

Pro se

R. HENRIQUEZ
P-81961
... STATE PRISON
... CA 94974

Clerk of the United States
District Court for the
Northern District of California
450 Golden Gate Avenue
Box 36060
San Francisco, CA 94102

LEGAL
MAIL

